# UNITED STATES DISTRICT COURT
for the

_Eastern_ District of _Tennessee_

_Knoxville_ Division

Mr. Reix Allain Moore,
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Tenn T.D.O.C. Bopp et al.
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22-mc-41
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

**FILED**
OCT 18 2022 (crossed out)
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

**FILED**
OCT 14 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mr. Rex A. Moore,
Address: 2112 Washington Ave
City: Knoxville  State: Tenn  Zip Code: 37917
County: Knox Co.
Telephone Number: (865) 964-3210
E-Mail Address: Jonhd379@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Tennessee Governor: Bill Lee,
Job or Title (if known): Legislative Governor
Address: 1st Floor, State Capitol
City: Nashville  State: Tennessee  Zip Code: 37243
County: Davidson Co.
Telephone Number: (615) 741-2001
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Mr. Tony C. Parker, / Lisa Helton, et al.
Job or Title (if known): State of Tennessee TDOC BOPP Commissioner
Address: 320 Sixth Avenue North
City: Nashville  State: Tennessee  Zip Code: 37243-0465
County: Davidson
Telephone Number: (615) 741-1000
E-Mail Address (if known): TDOC webmaster@tn.gov / see Also, www.tn.gov correction redirect — central office

☐ Individual capacity  ☑ Official capacity

Defendant No. 3 & 4
  Name: Ms. Lindsay Delorge, & Mr. Chris Ramsey,
  Job or Title (if known): TDOC BOPP. Probation-Officer's
  Address: 1426 Elm Street
  Knoxville    Tnn    37921
  City    State    Zip Code
  County: Knox
  Telephone Number: (865) 582-2000
  E-Mail Address (if known):
  ✓ Individual capacity    ✓ Official capacity

Defendant No. 4
  Name: Miss. Tiffany Wallice
  Job or Title (if known): TDOC BOPP. Director,
  Address: 1426 Elm Street
  Knoxville    Tnn    37921
  City    State    Zip Code
  County: Knox
  Telephone Number: (865) 582-2000
  E-Mail Address (if known):
  ✓ Individual capacity    ✓ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A. Are you bringing suit against (check all that apply):
    ☐ Federal officials (a *Bivens* claim)
    ✓ State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Claim (1) T.D.O.C. BOPP P/O, Deprivation of the U.S. or State 14th 5th & 8th const. Amend. Equal Protection to due Process from Cruel and unusual Punishment law reg's, T.C.A. 39-16-403(1)(a)(2) Official Oppression
Claim (2) T.C.A. 39-16-402 (a)(1)(2)(3) &(3) Official Misconduct, const. 14th 5th and 8th Amend. Violation.
Claim (3) T.D.O.C. BOPP P/O Deprivation of U.S. or State 14th, 5th & 8th const. Amend. Tn Rule Reg. 1395-01-05-.05 sec (1)(a) &(2) Claim (4) Deprivation to U.S. or State 14th 5th, & 1st const. Amend. T-DOC Grievance due process complaint procedure.
Claim (5) Deprivation of the U.S. or State const. 14th, 5th, 8th or 1st Amend. Law Reg. From Expost Facto Violation pursuant to Tn Rule Reg. 1395-01-05-.05 sec(1)(a) &(2), by Tn Rule Reg. 1395-01-01-06 Sec (15)(7)-9 (a)(b) &(1) Amend. 8.

  C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendant Director, Tiffany Wallis, For TDOC Acted out official to (T.C.A. &T.n. Rule Reg) 40-28-607(4) 1100-01-01-03. ms L. Delorge Acted out of individual and State official capacities, against - Rule Reg. 1100-01-01-03 (7) For regulating 1395-01-05-05-.05 Rule Reg - Ed. 2022. T.B.I. Ret. was TDoc. Commissioner mr. Tony c. Parker, For the state, Tnn. Legislative Gov. Governor mr. Bill Lee, Passed the law SOR Bill, & Follow-up dated Rule Reg. against Petitioner's Const. Claim rights from Ex post facto, Violation 1395-01-05-05.05 or 1395-01-05-.05

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

State of Tnn. Office of T.DOC BOPP

1426 Elm Street Knoxville Tennessee 37921.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Near or upon 2-6-2022, - 6-10-2022, & incidently now 10-14-2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim (1) Defendant P/O ms. Delorge, ordered the Petitioner, to leave his established resident within 45 minutes with no cash, nor assistance for alturnitive housing, vs. VOP. From on-going mean oppressive mistreatment, and orders on demand to such behavyor under Tort Feaser, wrongful acts, "twisted" behavyor.

Claim (2) ms. Delorge, swore out her 1st wrongful Affidavit information arrest warrant stating this - Petitioner declined or failed to report probation condition information, she was given, charges dismissed, Petitioner released up on information guilty plea vs. VOP on going excessive bail

Claim (3) ms. Delorge, stated a 2nd sworn wrongful Affidavit information arrest warrant, that the Petitioner mr. Moore, Failed to report his T.DOC / BOPP T.B.I. GZU Monitor g-mail regulation info. when she declined informing & assistance petitioner with that required form & information which she had proceedure required by TBI T-DOC - & Legislation Gov. signed - Law. Claim (4) TDOC BOPP. m's. Tiffany Wallis, Director, conducted Petitioner's Grievance Religious complaint & Ruled his Appeal disposition Proceedure declined. Claim (5) Defendant T.D.O.C. Commissioner mr. Tony C. Parker, knew, or should've known, as T.DOC BOPP formal inmate Grievance complaint, GPS monitor reports, and all - Appeal Proceedure reported, et al.

Claim (5) Defendant(s) Tnn Legislative Gov Bill Lee, et al of the SOR monitoring form/tracking Bill, did, or should've known

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Claim (1) From 2-2022 - 10-2022 (Punitive injury) Official misconduct/Oppression, From T.DOC BOPP law enforcement agent P/O Ms. Lindsay DeLorge, up on this 62 yr old mental health A.D.A Petitioner Mr. Rex A. Moore, While ordering him to leave his pre-established home, with his wife, & family, with in 45-minutes v's. V.O.P. With no pre-assistance for housing, Which forced him to live & sleep outside, up in the woods, eating other's scraps, creature's of the forest, & bath in the Tn River, Where wild carp fish he ate, No toiletry, paper etc. i cruelly suffer while in-human order's - continue.

Petitioner recived respitory neumoanya infection out there under wenter wluther condition, see fort Sanders med center treatment                  and declined follow up order's to let petitioner go home for healing, All i could grabb was a blanket & coat but the wheather got to rough, i-nearly died sick;  Claim (2)  Ms. 9/6 Delorge, made fouls Claim upon affidavit arrest warant I for V.O.P. Stating Petitioner declined informing her of a traffic stop/arrest. She ordered Petitioner Mr. Moore, to not go to his prescheduled indocornologest diabedic dr. appointment, for this arrest While in jail Petitioner, Suffered a diabedic comma blood sugar in the ER 40's missing that appointment.
Claim (3). T.DOC.BOPP - TBI Gov. Wrongful S.O.R - V.O.P.
through-out Petitioner's, T.DOC BOPP meany wrongful V.O.P, Oppression, & incarseration, Consequencently, also resulted in Monetary damage's, While suffering, With out the privilege, time to opperate his - Pre-astablished H-1 C-P tow-truck financial $1500.00 daily family security income - wege's expected
Claim (4). The Petitioner's rightful T.DOC BOPP on going Statutory Grievance due-process, including Religious Practice const. Right's taken there-by. Claim (5) Mental Anguish, cruel, & unusual punishment law violation

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Claim (1). Official Oppression
Petitioner seek ex-parte temporary restrain order from the T.DOC BOPP - TBI Law enforcement agent P/O Lindsay Delorge. see sworn-Affidavit-Statement,              including individual, Official, capacity, up to $700,000.00 Punitive - & or Monitory damage relief

Claim (2) "Official-Misconduct" Petitioner seek up on Class E. Fellony conviction & or offence relief Punitive & or monetary damage     individual, & or official capacity relief up to $70,000.00 individual, & or 700,000.00 relief.

Claim (3). Petitioner seek Punitive, & or Monitory relief individual, & or Official Capacity relief $135,000.00 Labor business - tow truck service loss, And $135,000.00 wrongful incarseration, (mental anguish) relief.

Claim (4). Official Capacity, Deprivation of formal due-process freedom of grievance proceedure, Practice of religon (mental aguish) relief $700,000.00 Individual capacity relief $200,000.00
Claim (5) Official Capacity, relief, for State Tn Statute, Tn Rule Reg. 1395-01-05-05, sec(1)(a) & (2), 1395-01-01-06 - sec (5)-(7)-(9), deprivation. And Expost facto, T.DOC, BOPP - TBI, Legislative Gov. reg. deprivation; relief from the SOR (Sex Offender Registration) T.DOC commissioner, & or Gov Bill Lee official's 7. Million Dollar $. With injunction ordering BOPP constant vidio & officer body vidio & Auto At all offender's contact, preventing Law violation with out delay, Injunction, SOR complete TCA Release.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-14-2022

Signature of Plaintiff: *Rex A. Moore*
Printed Name of Plaintiff: Rex Moore

### B. For Attorneys

Date of signing: 10-14-2022

Signature of Attorney: Pro Usse
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address: 2112 Washington Ave
Knoxville, TNN 37917
Telephone Number: 865 964-3210
E-mail Address:

